## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D.W., a minor, by and through his Guardian,
CAROL MOBLEY, et al.,

       Plaintiffs,                          Case No. 15-cv-10397
                                              Hon. Matthew F. Leitman

vs.

INTERNATIONAL PREPARATORY
ACADEMY, et al.,

       Defendants.

_____

## ORDER GRANTING DEFENDANT CINCINNATI EDUCATION MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT

      For the reasons stated on the record during the hearing on October 5, 2016,

**IT IS HEREBY ORDERED** that Defendant Cincinnati Education Management, LLC's Motion for Summary Judgment is **GRANTED.** Plaintiffs' written response to the motion and answers to the Court's questions at the hearing reveal that Plaintiffs have absolutely no evidence that Cincinnati Education Management, LLC (1) had knowledge of any of the alleged misconduct underlying Plaintiffs' claims and/or (2) committed any act or omission with respect to the alleged misconduct underlying Plaintiffs' claims. Simply put, Plaintiffs have failed to present any evidence of any meaningful and/or relevant connection between

Cincinnati Education Management, LLC and Plaintiffs' claims.   Accordingly,

Cincinnati Education Management, LLC is entitled to summary judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2016


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 10, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113