## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D.W., by and through his Guardian,
CAROL MOBLEY, et al.,

   Plaintiffs,       Case No. 15-cv-10397
               Hon. Matthew F. Leitman

v.

INTERNATIONAL PREPARATORY
ACADEMY, et al.,

   Defendants.
_____/

### ORDER APPROVING PLAINTIFF'S MOTION TO
### APPROVE SETTLEMENT AND APPROVE
### DISTRIBUTION OF SETTLEMENT PROCEEDS

**THIS MATTER** having come before this Court on Plaintiff's *Motion to Approve Settlement and Approve Distribution of Settlement Proceeds*, and the Court having conducted a hearing on same in open court, and otherwise being fully advised in the premises;

  **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

  **IT IS FURTHER ORDERED** that the gross settlement of this case, in the amount of $20,000.00 is approved.

  **IT IS FURTHER ORDERED** that Plaintiff's Counsel be reimbursed costs in the amount of $5,139.23; and be paid attorney fees in the amount of $4,953.59.

**IT IS FURTHER ORDERED** that First Recovery Group (Molina Healthcare of Michigan) be paid $31.01 as full and final payment for services rendered on behalf of Plaintiff.

**IT IS FURTHER ORDERED** that Michigan Department of Health and Human Services ("MDHHS") be paid $407.31 as full and final payment for services rendered on behalf of Plaintiff.

**IT IS FURTHER ORDERED** that Carol Mobley be paid $9,468.86, as the named guardian for the minor Plaintiff, to be used for his benefit.

**IT IS FURTHER ORDERED** that all settlement checks be produced forthwith.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel be permitted to endorse any and all settlement drafts and disburse the settlement proceeds in accordance with this Order.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 23, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 23, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113